UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Reginald McBride, | Case No.: 2:24-cv-01232-JAD-DJA |
| Plaintiff | |
| v. | **Order Denying IFP Application and Directing Plaintiff to Pay Fee or File New IFP Application by May 21, 2025** |
| Malynda Lowrey, et al., | |
| Defendants | [ECF No. 1] |

Plaintiff Reginald McBride, a state prisoner, initiated this case by filing a pro se civil rights complaint under 42 U.S.C. § 1983. McBride also filed an application to proceed *in forma pauperis* (IFP) demonstrating that he can pay the full $405 filing fee for this case without undue hardship.[1] Based on the financial information provided, I deny McBride's IFP application.

To proceed with this case, **McBride must pay the full $405 filing fee by May 21, 2025**. Or, if McBride's financial situation has changed since he filed the original IFP application, he may submit a new IFP application with an inmate account statement for the past six months and a properly executed financial certificate demonstrating his inability to pay the full filing fee. After the filing fee is resolved, the Court will issue an order on the matter of service.

IT IS THEREFORE ORDERED that:

- McBride's IFP application **(ECF No. 1) is DENIED**; and
- McBride must pay the full filing fee of $405 to the Clerk of the Court by **May 21, 2025**.

---

[1] *See* ECF No. 1.

If McBride's financial status has changed, he may demonstrate his inability to pay the full filing fee by submitting a new IFP application with an inmate account statement for the past six months and a properly executed financial certificate to this court by **May 21, 2025**.

**If McBride does not pay the full filing fee or submit a new IFP application by May 21, 2025, this case will be dismissed without prejudice and closed.**

Dated: April 22, 2025

_____
U.S. District Judge